# CHRISTINA CAGNINA, ESQ.

247 West Fayette Street
Suite 300
Syracuse, New York 13202

Phone: (315)-423-7025                    E-mail:info@syracuselawoffice.com

September 22, 2025

Hon. Brenda K Sannes, U.S. District Judge
Federal Building and U.S. Courthouse
Syracuse NY 13261-7346

   Re: US v Franscisco Salvador-Mora
   Case No: 5:25 MJ 271

Dear Judge Sannes:

   After consultation with my client with the aid of a translator on behalf of Mr.
Salvador-Mora we would respectfully request that the Court place this matter on the docket
at it's earliest convenience so that my client may enter a guilty plea as per agreement. I
understand that the Court has scheduled this matter for Thursday September 25, 2025 at
11:00am. We waive his right to any pre-sentencing report and would rely on the Pretrial
investigation report prepared by the Probation Department. As my client could be facing a
range of 0-6 months incarceration, we make this request to expedite these proceedings.
Please advise if the Court has any questions and I appreciate the Courts consideration of this
request.

Respectfully,

S/Christina Cagnina

Christina Cagnina, Esq.